

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2015

No. 04-15-00604-CV

**IN THE INTEREST OF E.J.G., A CHILD**,

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVL00732 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

        In this accelerated appeal of the trial court's order terminating Appellant's parental rights, the notice of appeal was filed in the trial court on September 25, 2015. The clerk's record was due on October 26, 2015. *See* TEX. R. APP. P. 35.1. On November 23, 2015, the district clerk filed a notification of late record. The request was granted and the clerk's record was due to be filed no later than November 25, 2015

        On December 4, 2015, the trial court clerk notified this court that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the fee for preparing the record and appellant is not entitled to appeal without paying the fee.

        Appeals of parental termination orders must be given priority over other appeals. *See* TEX. FAM. CODE ANN. § 263.405(a) (West 2014). The children's "need for permanence is the paramount consideration for [their] present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and delays in obtaining the clerk's record will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a)).

        Therefore, we ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed. *See id.* R. 37.3(b), 42.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2015.



Keith E. Hottle
Clerk of Court